MHN

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

RECEIVED
Dec 23, 2009
DEC 2 3 2009
MICHAEL W. DOBBINS
CLERK, DISTRICT COURT

1:09-cv-07965
Judge Blanche M. Manning
Magistrate Judge Nan R. Nolan

**Plaintiff(s)**

Tammy Nettles
c/o D. Doby

v.

Case No.

**Defendant(s)**

Irvine Unified School District

## COMPLAINT

Racial discrimination based on actions of Mrs. Martin, Mrs. Keyes, Mr. Payne and school district employee. Verbal complaints made documented as well. All pertaining to my school age child.

*[signature]*